IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| LARRY WILLIAMS, #648392 | § | |
| --- | --- | --- |
| | § | |
| V. | § | CIVIL ACTION NO. G-01-290 |
| | § | |
| C. DICKERSON, ET AL. | § | |

### ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on January 24, 2006, which recommends that the instant cause be dismissed with prejudice. The Report and Recommendation specifically provides: "Plaintiff shall have until February 9, 2006, in which to have written objections physically on file in the Office of the Clerk." On January 30, 2006, the Report and Recommendation, which was mailed to Plaintiff at his address of record, was returned to the Court marked, "RTS - Not on Unit."

Upon appropriate review pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(C), the Court is satisfied that there is no clear error on the face of the record in these proceedings. Accordingly, the Report and Recommendation is **ACCEPTED** in its entirety and incorporated herein by reference. It is **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** and this cause is **DISMISSED** with prejudice as frivolous.

**DONE** at Galveston, Texas, this the 31st day of January, 2006.

_____
Samuel B. Kent
United States District Judge